WILLIAM A. HYMAN, Respondent, v. MARTHA DEVINE, Individually and as Trustee under a Declaration of Trust Dated May 16, 1944, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant judgment for defendant.

42ND STREET FOTOSHOP, INC., Respondent-Appellant, v. HOLBROOK MICROFILMING SERVICE, INC., Appellant-Respondent, and FREEDMAN DIE CUTTERS, INC., Respondent.— Order entered November 2, 1945, so far as appealed from by defendant Holbrook Microfilming Service, Inc., unanimously affirmed, and insofar as appealed from by plaintiff unanimously reversed, with $10 costs and disbursements to the plaintiff, and plaintiff's motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

42ND STREET FOTOSHOP, INC., Respondent, v. HOLBROOK MICROFILMING SERVICE, INC., Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $10 costs and disbursements to the respondent. Verified bill of particulars to be served within ten days after service of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDITH E. CLARK, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under Deed of Trust between JAMES F. A. CLARK and CENTRAL HANOVER BANK AND TRUST COMPANY, et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondents Central Hanover Bank and Trust Company, as trustees, etc., Evelyn Clark Emmet and John Bigelow Clark, and Evelyn Bigelow Reynolds Hitt and Cynthia Clark. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See post, p. 998.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS J. CUNIO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of JOSEPH V. CARRANO et al., Copartners Doing Business as CARRANO COMPANY, Petitioner, against JOSEPH D. McGOLDRICK as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN KORNBLITH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

BEATRICE LICHTENSTEIN et al., Appellants, v. CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HAMILTON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.